

FILED

09/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

SEP 28 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

ORDER

The judges of the First Judicial District of the State of Montana have requested the assistance of retired District Judge Ed McLean to assist with cases as needed on the civil court and the criminal court calendars in Department 4 until current District Court Judge James P. Reynolds' successor is sworn in.

Judge McLean has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, has advised that he is agreeable to assisting the First Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Ed McLean, retired District Judge, is hereby called to active service in the District Court of the First Judicial District of the State of Montana, to conduct all proceedings required by law as needed on the civil court and criminal court calendars in Department 4.

2. Judge McLean may assume judicial authority over all cases as requested by the judges of the First Judicial District until the Honorable James P. Reynolds' successor is sworn in. He shall have full authority to conduct all proceedings, including final orders or dispositions in matters over which he presides.

3. For all active service, Judge McLean shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

A copy of this Order shall be filed with the District Court clerks of Lewis and Clark and Broadwater Counties, with the request that this Order be publicly posted for all counsel

of record in all cases scheduled on the civil court and criminal court calendars on which he will preside.

A copy of this Order shall be provided to the judges of the First Judicial District, the Honorable Ed McLean, Beth McLaughlin, Supreme Court Administrator, and Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 28 day of September, 2020.

_____
Chief Justice